IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :
       v.                         :          CRIMINAL CASE NO.
                                  :          1-14-CR-244-SCJ
IVAN WILSON BLUE,                 :
       Defendant.                 :
                                  :
                                  :

## ORDER

This matter appears before the Court on the Report and Recommendation (Doc. No. [49]) issued by the Honorable E. Clayton Scofield, III, United States Magistrate, to which no objections have been filed. After reviewing the Report and Recommendation (Doc. No. [49]), it is received with approval and adopted as the Order of this Court.

Defendant's Motions to Suppress (Doc. Nos. [14] and [15]) are hereby DENIED.

IT IS SO ORDERED, this ⎯⎯ day of April, 2015.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE